

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust, Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:       Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

On December 19, 2018, this court issued an opinion and judgment in this appeal. *See Yates Energy Corp. v. Broadway Nat'l Bank, Tr. of Mary Frances Evers Tr.*, 609 S.W.3d 140 (Tex. App.—San Antonio 2018). On May 14, 2021, the Supreme Court of Texas reversed our opinion and judgment and remanded this appeal "for further proceedings consistent with [the supreme court's] opinion." *Broadway Nat'l Bank, Tr. of Mary Frances Evers Tr. v. Yates Energy Corp.*, 631 S.W.3d 16, 29–30 (Tex. 2021). On October 29, 2021, appellee Broadway National Bank, Trustee of the Mary Francis Evers Trust, filed a motion seeking leave to file additional briefing on remand. Appellants filed responses opposing this request, and appellee filed a reply in support of its motion. Appellee's motion, appellants' responses, and appellee's reply show the parties sharply disagree on the scope of the supreme court's remand.

After consideration, appellee's motion for leave to file additional briefing on remand is **GRANTED**. We **ORDER** the parties to file additional briefing addressing: (1) the proper scope of the supreme court's remand; and (2) any additional written argument and authorities they wish to include on the issues that: (a) they believe fall within the scope of the supreme court's remand; and (b) were raised in their original briefing but were not addressed in our court's December 19, 2018 opinion. Appellants' additional briefing will be due **by January 5, 2022** and will be limited

to 3,000 words. Appellee's response will be due 30 days after the filing of appellants' additional briefing and will be limited to 3,000 words. Appellants' reply to appellee's response, if any, will be due 20 days after the filing of appellee's response and will be limited to 1,500 words.

This case will be set for formal submission at a later date.

It is so **ORDERED** on December 6, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT